UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRYSTAL DAVIS-DUNN,

    Plaintiff,

v.

    File No: 1:24-cv-19

    HON. ROBERT J. JONKER

COUNTY OF INGHAM,

    Defendant.
_____/

**NOTICE OF IMPENDING DISMISSAL**

The court records indicate that more than 60 days have passed from the filing of the above complaint and defendant has not been served. This notice serves to inform plaintiff that the action shall be dismissed without prejudice unless plaintiff completes service of process within 90 days after the filing of the complaint, in accordance with F.R.Civ.P. 4(m).


Dated: March 12, 2024        /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE